**McClelland C. SMITH, petitioner,
v. UNITED STATES.**

No. 92–1704.

Supreme Court of the United States.

June 14, 1993.   Denied.